UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CALVIN and KAREN YORGENSEN, ) | |
| ) | CASE NO. C05-0122JEG |
| Plaintiffs. ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| COMMUNITY MORTGAGE GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Plaintiffs, Calvin and Karen Yorgensen, recover from Defendant, Community Mortgage Group, Inc., sixty-two thousand four hundred twenty-five dollars and no cents ($62,425.00) in actual damages and three hundred fifteen thousand dollars and no cents ($315,000.00) in punitive damages plus interest as allowed by law.

IT IS FURTHER ORDERED AND ADJUDGED THAT

Plaintiffs recover fifteen thousand two hundred twenty-four dollars and sixty cents ($15,224.60) in attorney fees and litigation expenses plus interest as allowed by law.

DATED:     May 4, 2006

<u>Pridgen J Watkins - Clerk</u>

BY: s/KFS
Deputy Clerk

Copy To:
Community Mortgage Group, Inc.